1  Tracy L. Mainguy, Bar No. 176928
   Operating Engineers Local Union No. 3 Trust Funds- Multi-Services
2  1620 South Loop Road
   Alameda, CA 94502
3  (510) 748-7474

4  Attorney for the Plaintiffs

5
                    UNITED STATES DISTRICT COURT
6
                FOR THE NORTHERN DISTRICT OF CALIFORNIA
7
                          (OAKLAND DIVISION)

8  GIL CROSTHWAITE, JOHN BONILLA, in      )
   their respective capacities as Trustees of the  )  Case No.:  C 04-04580 SBA
9  OPERATING ENGINEERS HEALTH AND         )
   WELFARE TRUST FUND FOR NORTHERN        )
10 CALIFORNIA, et al.,                    )  **NOTICE OF VOLUNTARY
                                          )  DISMISSAL; [PROPOSED] ORDER
11           Plaintiffs,                  )  THEREON**
        vs.                               )
12                                        )
   MOUNTAIN MECHANICAL                    )
13 CONTRACTING, INC., a California        )
   Corporation; and STEVEN YATES,         )
14 individually,                          )
                                          )
15           Defendants.                  )
   _____)

16

17

18

19

20

21

22

23

24

25     / / / / /

---

NOTICE OF VOLUNTARY DISMISSAL;
Case No. C 04-4580 SBA

- 1

NOTICE IS HEREBY GIVEN THAT PURSUANT to Federal Rule of Civil Procedure 41(a)(1), Plaintiffs voluntarily dismiss the above-captioned action without prejudice, and request the Court to enter an order in conformity with their voluntary dismissal of the matter. To date, the Defendants have not filed an answer to the complaint and summons relating to this matter. The Defendants were served with the summons and complaint on November 22, 2004. The parties executed a settlement agreement relating to matter.

Dated this 11th day of May of 2005.

OPERATING ENGINEERS LOCAL UNION<br>
NO. 3 TRUST FUNDS – MULTI-SERVICES<br><br>
BY: /s/ Tracy L. Mainguy<br>
TRACY L. MAINGUY<br>
ATTORNEY FOR THE PLAINTIFFS

## ORDER

Based upon the above and pursuant to Federal Rule of Civil Procedure 41(a)(1), this matter is dismissed without prejudice.

Dated:   5-12-05

/s/ Saundra Brown Armstrong
HONORABLE SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT COURT JUDGE